454 A.2d 150

Commonwealth v. Blair, Appellant.
Petition for Allowance of Appeal
Denied March 29, 1983.

Argued June 16, 1982. Richard Alan Peterson, for appellant; Harry A. Penich, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

454 A.2d 151

Commonwealth v. Brown, Appellant.
Petition for Allowance of Appeal
Denied March 21, 1983.

Argued September 28, 1982. Larry D. Feldman, for appellant; James B. Jordan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

Judgment of sentence affirmed.